IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
In Admiralty
Civil Action Number: 7:12-cv-288-BO

| | |
|---|---|
| FLORIDA YACHT TOWING, LLC )<br>Plaintiff )<br> )<br>vs. )<br> )<br>THE UNIDENTIFIED, WRECKED AND )<br>ABANDONED SHIPWRECKED )<br>FREIGHTER, its apparel, tackle and cargo, )<br>located in the waters of the Atlantic Ocean )<br>approximately 42 miles off the coast of North )<br>Carolina, )<br>Defendant ) | **ENTRY OF DEFAULT** |

THAT WHEREAS, it has been made to appear to the undersigned Clerk of the United States

District Court for the Eastern District of North Carolina upon Affidavit that Notice has been given as

required in Local Civil Rule C(2) EDNC and Notice has been given as required in Local Civil Rule C(3)

EDNC and that the time within which to file a claim to said vessel or within which to plead or otherwise

move has not been extended;

AND, that the in rem Defendant is otherwise subject to Entry of Default as provided by Rule

55(a) of the Federal Rules of Civil Procedure and Local Civil Rule C(4) EDNC.

NOW, THEREFORE, Entry of Default is hereby entered against the Defendant, the

Unidentified, Wrecked and Abandoned Shipwrecked Freighter, its apparel, tackle and cargo, located

in the waters of the Atlantic Ocean approximately 42 miles off the coast of North Carolina, and any

and all persons or entities claiming an interest in said vessel.

This the 3ʳᵈ day of June , 2015.

Clerk, U.S. District Court
Eastern District of North Carolina

Case 7:12-cv-00288-BO   Document 15   Filed 06/03/15   Page 1 of 1